UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
| Sean Manning, as the Personal Representative of the Estate of Marion V. Manning, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marion V. Manning<br><br>Sean Manning, individually, as surviving spouse of Marion V. Manning<br><br>Lauryn Manning, individually, as surviving child of Marion V. Manning<br><br>Anne Smith, as the Personal Representative of the Estate of Robert J. Ferris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Ferris<br><br>Anne Smith, as Personal Representative of the Estate of Susanne M. Ferris, deceased, the late spouse of Robert J. Ferris<br><br>Anne Smith, individually, as surviving child of Robert J. Ferris<br><br>Mary-Theresa Phillips, individually, as surviving child of Robert J. Ferris<br><br>Teresa Roberts, individually, as surviving sibling of Rebecca L. Koborie<br><br>John Koborie, individually, as surviving sibling of Rebecca L. Koborie<br><br>Timothy Koborie, individually, as surviving sibling of Rebecca L. Koborie<br><br>Teresa Roberts, as the Personal Representative of the Estate of Rebecca L. Koborie, deceased, and on | Civil Docket Number:<br><br>_____<br><br>**IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

behalf of all survivors and all legally entitled beneficiaries and family members of Rebecca L. Koborie

Teresa Roberts, as Personal Representative of the Estate of Julianne E. Koborie, deceased, the late parent of Rebecca L. Koborie

Teresa Roberts, as Personal Representative of the Estate of John Koborie, deceased, the late parent of Rebecca L. Koborie

Helen McIlvaine, individually, as surviving parent of Robert G. McIlvaine

Melissa Serrano, individually, as surviving child of William Valcarcel

Melissa Serrano, as the Personal Representative of the Estate of William Valcarcel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Valcarcel

Melissa Serrano, as Personal Representative of the Estate of Miriam Valcarcel, deceased, the late spouse of William Valcarcel

                        Plaintiffs,

     -against-

Islamic Republic of Iran,

                        Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Iran Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran,

2

ECF No. 3237, or (b) the Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at <u>Havlish v. Bin Laden</u>, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; <u>In re Terrorist Attacks on September 11, 2001</u>, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.  Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD) (SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist

Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

   d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

   e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

   f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for

5

each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
Telephone: (212) 278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com

*Attorneys for Plaintiffs*

6
DOCS-100876022.1

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Sean Manning | GA | United States | Marion V. Manning | PR | United States | Solatium/ Wrongful Death |
| 2 | Sean Manning | GA | United States | Marion V. Manning | Spouse | United States | Solatium |
| 3 | Lauryn Manning | GA | United States | Marion V. Manning | Child | United States | Solatium |
| 4 | Anne Smith | IL | United States | Robert J. Ferris | PR | United States | Solatium/ Wrongful Death |
| 5 | Anne Smith, as Personal Representative of the Estate of Susanne M. Ferris | IL | United States | Robert J. Ferris | Spouse (Deceased) | United States | Solatium |
| 6 | Anne Smith | IL | United States | Robert J. Ferris | Child | United States | Solatium |
| 7 | Mary-Theresa Phillips | NC | United States | Robert J. Ferris | Child | United States | Solatium |
| 8 | Teresa Roberts | ME | United States | Rebecca L. Koborie | Sibling | United States | Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

DOCS-100876022.1

|    | Plaintiff's Name | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium)[2] |
|----|---|---|---|---|---|---|---|
| 9  | John Koborie | PA | United States | Rebecca L. Koborie | Sibling | United States | Solatium |
| 10 | Timothy Koborie | OH | United States | Rebecca L. Koborie | Sibling | United States | Solatium |
| 11 | Teresa Roberts | ME | United States | Rebecca L. Koborie | PR | United States | Solatium/ Wrongful Death |
| 12 | Teresa Roberts, as Personal Representative of the Estate of Julianne E. Koborie | ME | United States | Rebecca L. Koborie | Parent (Deceased) | United States | Solatium |
| 13 | Teresa Roberts, as Personal Representative of the Estate of John Koborie | ME | United States | Rebecca L. Koborie | Parent (Deceased) | United States | Solatium |
| 14 | Helen McIlvaine | PA | United States | Robert G. McIlvaine | Parent | United States | Solatium |
| 15 | Melissa Serrano | NY | United States | William Valcarcel | Child | United States | Solatium |
| 16 | Melissa Serrano | NY | United States | William Valcarcel | PR | United States | Solatium/ Wrongful Death |
| 17 | Melissa Serrano, as Personal Representative of the Estate of Miriam Valcarcel | NY | United States | William Valcarcel | Spouse (Deceased) | United States | Solatium |

DOCS-100876022.1